UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

Christopher Shaun Baldwin, Plaintiff,
v.
Alaska Power & Telephone Company, Defendant.

RECEIVED
OCT 14 2025
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

Case No. _____

COMPLAINT FOR WRONGFUL TERMINATION, BREACH OF CONTRACT, FRAUDULENT INDUCEMENT, AND BAD FAITH

Jurisdiction and Venue
This Court has jurisdiction under 28 U.S.C. § 1332. Plaintiff is a citizen of Alaska, Defendant is an Alaska corporation, and the amount in controversy exceeds $75,000. Venue is proper in Alaska.

Parties
Plaintiff: Christopher Shaun Baldwin, relocated from Colorado to Alaska in reliance on AP&T promises.
Defendant: Alaska Power & Telephone Company, Alaska corporation.

Facts
- March 14, 2024: Written job offer at $45/hour, relocation reimbursement, benefits, and 6-month merit review.
- Plaintiff relocated, sold assets, and began work in May 2024.
- No training provided, apologies for lack of training.
- Sept 2024: Plaintiff verbally terminated by Jason Speare, witnessed by Don Nickich. No written notice or cause.
- Plaintiff forced to sell truck ($54,000) and motorcycle ($12,000). Lost stability and income.

Claims for Relief
Count I – Breach of Contract
Count II – Fraudulent Inducement
Count III – Wrongful Termination / Bad Faith

Damages
Economic: $346,800 (lost wages + forced sale of assets)
Non-Economic: $1,000,000
Punitive: $653,200
Total: $2,000,000

Prayer for Relief
Judgment for $2,000,000, costs, fees, interest, and other just relief.

/s/ Christopher Shaun Baldwin
Plaintiff, Pro Se
1717 Second Ave, Lower Unit, Ketchikan, AK 99901
Phone: 719-344-4870
Email: chandlerburns2012@gmail.com

Exhibit A – Timeline & Damages Summary
Christopher Shaun Baldwin v. Alaska Power & Telephone Company

Timeline of Events
- March 14, 2024: Written offer of employment issued at $45/hour, relocation reimbursement, benefits, and 6-month merit review promise.
- May 2024: Began work in Ketchikan. No training schedule provided; placed under supervision by Jason Speare (unqualified in radio networks).
- May – Sept 2024: Worked without formal training, no warnings or discipline.
- Sept 2024: Verbally terminated by Jason Speare, witnessed by Don Nickich. No written cause or notice given.
- After Termination: Forced sale of truck ($54,000) and motorcycle ($12,000). Ongoing financial instability and emotional distress.

Damages Summary
- Lost Wages & Benefits (3 years): $280,800
- Forced Sale of Assets: $66,000
Total Economic Damages = $346,800

Non-Economic Damages = $1,000,000
Punitive Damages = $653,200
TOTAL DAMAGES SOUGHT = $2,000,000

Key Witnesses: Jason Speare, Don Nickich, Evan Beckett, Michaelyn J. Coil

/s/ Christopher Shaun Baldwin

Christopher Baldwin
1717 Second Ave, Lower
Ketchikan, AK 99901

CERTIFIED MAIL
9589 0710 5270 2421 9720 00





U.S. POSTAGE PAID
FCM LG ENV
KETCHIKAN, AK 99901
OCT 07, 2025
$7.47
R2304M112059-29

U.S. District Court, District of Alaska
222 W. 7th Avenue, #4
Anchorage, AK 99513-7564